16

STATE OF MONTANA, Plaintiff, vs. ROGER ALDERMAN, Defendant.

No. 8847

DECISION

The application of the above-named defendant for a review of the sentence of 15 years for Robbery, imposed on September 24, 1973, was fully heard and after a careful consideration of the entire matter it is decided that:

The sentence be and remain as originally imposed.

DATED this 7th day of December, 1973.

SENTENCE REVIEW DIVISION

Paul G. Hatfield, chairman; Jack D. Shanstrom, Jack L. Green.

We wish to thank James Miller of the Montana Defender Project for his assistance to the defendant and to this Court.

STATE OF MONTANA, Plaintiff, vs. JOHN MONO, Defendant.

No. 6367C

DECISION

The application of the above-named defendant for a review of the sentence of 14 years for Forgery, imposed on August 23, 1973, was fully heard and after a careful consideration of the entire matter it is decided that:

The sentence be and remain as originally imposed.

We wish to thank Joe Engel of the Montana Defender Project for his assistance to the defendant and to this Court.

DATED this 7th day of December, 1973.

SENTENCE REVIEW DIVISION

Paul G. Hatfield, chairman; Jack D. Shanstrom, Jack L. Green.

STATE OF MONTANA, Plaintiff, vs. MICHAEL DUANE STILLINGS, Defendant.

No. 6080 C

DECISION

The application of the above-named defendant for a review of the sentence of 60 years for Murder Second Degree, imposed on November 23, 1971, was fully heard and after a careful consideration of the entire matter it is decided that:

This case is taken unler advisement at this time. Will be brought before the Division at the last Calendar in 1978.

We wish to thank Don Ostrem, Attorney at Law, for his assistance to the defendant and to this Court.

DATED this 7th day of December, 1973.

SENTENCE REVIEW DIVISION

Jack D. Shanstrom, chairman; Jack L. Green.